# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:22-CR-029 |
| | : | |
| Plaintiff, | : | JUDGE BARRETT |
| | : | |
| v. | : | |
| | : | **MOTION TO UNSEAL INDICTMENT** |
| COMERT KURDISTAN (1) | : | |
| (a/k/a COMERT ARDIC), | : | |
| | : | |
| EMMA BROWN (2) | : | |
| (a/k/k EMMA NUR) | : | |
| | : | |
| ISMAIL ALTUNDAG (3) | : | |
| | : | |
| | : | |
| Defendants. | : | |

Now comes the United States Attorney for the Southern District of Ohio and in the above-captioned case states that the previously sealed Indictment may now be unsealed.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/Timothy S. Mangan
TIMOTHY S. MANGAN
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711
Fax: (513) 684-6385
E-mail: Timothy.Mangan@usdoj.gov

**SO ORDERED.**

_____
**HONORABLE KAREN L. LITKOVITZ**
**UNITED STATES MAGISTRATE JUDGE**